UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| BRYAN WATSON, an individual, VALERIE WATSON, an individual, DANNY SHEARMAN, an individual, and GERALDINE SHEARMAN, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>ALGAS-SDI INTERNATIONAL, LLC, a Delaware Limited Liability Company, and CINTAS CORPORATION, a Washington Corporation,<br><br>Defendants. | No. 2:24-cv-2004-BJR<br><br>STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT CINTAS CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT |

**STIPULATED MOTION**

Pursuant to LCR 7(d)(1) and 10(g), Plaintiffs Bryan Watson, Valerie Watson, Danny Shearman, and Geraldine Shearman and Defendant Cintas Corporation stipulate that Defendant Cintas Corp.'s response to the Complaint will be due following the later of the resolution of any motion to remand, substitution of Cintas Corporation No. 2 for Cintas Corp., or if Plaintiffs seek neither remand nor substitution, thirty days from Plaintiffs' counsel's confirmation of such to Cintas Corp. The parties request the Court's approval of such stipulation.

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT CINTAS CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT (CAUSE NO. 2:24-cv-2004-BJR)– 1
WLCS6451.032/4937-0566-3749

WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

**SUPPORT FOR STIPULATION**

Cintas Corp. maintains that it is an incorrectly named party to this suit and removed this action on that basis. Such extension will provide Plaintiffs with sufficient time to properly assess and address, if necessary, Cintas Corp.'s argument and, in turn, provide Cintas Corp. with sufficient time to respond accordingly.

Presented through Stipulation this 10th day of December, 2024.

By *s/Whitney L.C. Smith*
Whitney L.C. Smith, WSBA #21159
WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, WA 98104
Telephone: 206-623-4100
Fax: 206-623-9273
Email: smithw@wscd.com
Of Attorneys for Defendant Cintas Corporation

By *s/Felix G. Luna*
Felix G. Luna, WSBA #27087
PWRFL
1001 Fourth Avenue, Suite 4131
Seattle, WA 98154
Telephone: 206-624-6800
Fax: 206-682-1415
Email: luna@pwrfl-law.com
Of Attorneys for Plaintiffs

///

///

///

**IT IS SO ORDERED.**

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT CINTAS CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT (CAUSE NO. 2:24-cv-2004-BJR)– 2
WLCS6451.032/4937-0566-3749

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  DATED this 11th day of December, 2024.

*Barbara J. Rothstein*
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT CINTAS CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT (CAUSE NO. 2:24-cv-2004-BJR)– 3
WLCS6451.032/4937-0566-3749

WILSON SMITH COCHRAN DICKERSON
1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

**Attorneys for Plaintiffs**
Felix G. Luna
Tomás Gahan
Paul G. Sewell
PWRFL
1001 Fourth Avenue, Suite 4131
Seattle, WA 98154
luna@pwrfl-law.com
gahan@pwrfl-law.com
sewell@pwrfl-law.com

Raymond P. Atwood
Jennifer L. Sturm
ATWOOD LAW
575 Fallbrook Blvd, Suite 206
Lincoln, NE 68521
rpatwood@atwoodlawyers.com
jsturm@atwoodlawyers.com

**Attorney for Defendant Algas-SDI International, LLC**
Bill Simmons
Law Offices of Ryan T. Probstfeld
520 Pike Street, Suite 915
Seattle, WA 98101
bill.simmons2@thehartford.com

**SIGNED** this 10th day of December, 2024, at Seattle, Washington.

                                         _s/Becky Phares_
                                         Becky Phares

STIPULATED MOTION AND ORDER TO EXTEND TIME FOR DEFENDANT CINTAS CORPORATION TO RESPOND TO PLAINTIFFS' COMPLAINT (CAUSE NO. 2:24-cv-2004-BJR)– 4
WLCS6451.032/4937-0566-3749

WILSON SMITH COCHRAN DICKERSON
1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273